UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA ROSENGREN | ) | 3:10-cv-00888(CFD) |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZEE IMPORTS, INC., d/b/a SAAB OF MILFORD, ALLY FINANCIAL INC. f/k/a GMAC, INC., and CHASE BANK USA, NA a/k/a FIRST USA BANK, | ) ) ) ) | |
|    Defendants | ) | JULY 16, 2010 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the plaintiff, Maria Rosengren, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed, without costs or attorney's fees, as to defendant CHASE BANK USA, N.A. a/k/a FIRST USA BANK only.

                                              Plaintiff, Maria Rosengren

                                              By /s/Daniel S. Blinn
                                              Daniel S. Blinn  (ct02188)
                                              Consumer Law Group, LLC
                                              35 Cold Spring Road, Suite 512
                                              Rocky Hill, CT  06067
                                              (860) 571-0408
                                              Fax: (860) 571-7457
                                              dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 16th day of July, 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                              /s/Daniel S. Blinn
                                              Daniel S. Blinn