UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIA ROSENGREN** | ) | 3:10-cv-00888(CFD) |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ZEE IMPORTS, INC., d/b/a SAAB OF** | ) | |
| **MILFORD, ALLY FINANCIAL INC. f/k/a** | ) | |
| **GMAC, INC., and CHASE BANK USA, NA** | ) | |
| **a/k/a FIRST USA BANK,** | ) | |
|     Defendants | ) | NOVEMBER 5, 2010 |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Maria Rosengren, through her attorney, and the defendants, Zee Imports, Inc. d/b/a Saab of Milford and Ally Financial, Inc. f/k/a GMAC, Inc., through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                                                     Plaintiff, Maria Rosengren

                                                     By/s/Daniel S. Blinn
                                                     Daniel S. Blinn  (ct02188)
                                                     Consumer Law Group, LLC
                                                     35 Cold Spring Road, Suite 512
                                                     Rocky Hill, CT  06067
                                                     (860) 571-0408
                                                     Fax: (860) 571-7457
                                                     dblinn@consumerlawgroup.com

Defendant, Zee Imports, Inc. d/b/a Saab of Milford

By /s/ Richard Buturla
Richard Buturla (ct05967)
Berchem Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
Tel.  (203) 783-1200

Defendant, Ally Financial, Inc. f/k/a GMAC, Inc.

By /s/ Patrick J. Rosenberger
Patrick J. Rosenberger (ct04371)
Shimkus, Murphy & Rosenberger, PC
382 New Britain Avenue
Hartford, CT 06106
Tel. (860) 249-1396
Fax.  (860) 525-6954
prosenberger@shimkusandmurphy.com

## **CERTIFICATION**

     I hereby certify that on this 5th day of November, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/Daniel S. Blinn
                                      Daniel S. Blinn